UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, Trustees of the Monterey Peninsula Restaurant & Hotel Pension Fund, Plaintiffs, | CASE NO. 5:11-cv-05611-EJD |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC., Defendants. | |

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
☒  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:
☒  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

other requested deadline _____

Dated: February 21, 2012                    /s/Michelle L. Schuller
                                             Attorney for Plaintiff


Dated: February 21, 2012                    /s/Patrick Jordan
                                             Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

I attest that I have obtained Mr. Jordan's concurrence in the filing of this document.

DATED: February 21, 2011

/s/Michelle L. Schuller

Michelle L. Schuller

[PROPOSED] ORDER

XX The parties' stipulation is adopted and IT IS SO ORDERED.
   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: February 22, 2012

UNITED STATES DISTRICT  JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11