```
JORDAN LAW GROUP
PATRICK W. JORDAN (Bar No. 52115)
pwj@pjordanlaw.com
NOAH J. WOODS (Bar No. 264823)
njw@pjordanlaw.com
1010 "B" Street, Suite 320
San Rafael, CA 94901
Telephone:  (415) 459-9865
Fax:  (415) 459-9871
```

Attorneys for CARMEL MISSION INN
and PACIFIC VALLEY INVESTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY PENINSULA RESTAURANT & HOTEL PENSION PLAN; ELIZABETH DUNBAR and LEONARD O'NEILL, Trustees of the Monterey Peninsula Restaurant & Hotel Pension Fund,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC.,<br><br>        Defendants. | CASE NO.  CV 11-5611 EJD<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF - EXTENSION OF DEADLINE FOR JOINDER OF ADDITIONAL PARTIES AND DEADLINE FOR DEFENDANTS' DEPOSITIONS |

The parties, through their undersigned counsel, hereby stipulate to extend the deadline for joinder of any additional parties, or other amendments to the pleadings, from May 4, 2012 to June 4, 2012.

The parties further stipulate that each Defendant will appear for one Rule 30(b)(6) deposition and for Wayne Levenfeld to appear for a deposition on or before May 24, 2012.

The parties respectfully make this request because the parties are scheduled to conduct an Early Neutral Evaluation session on May 3, 2012, and believe that this extension and deposition schedule will save the parties unnecessary expense if they are able to reach a settlement.

The parties have made three other modifications to the deadlines in the case to extend Defendants' time to respond to the Complaint.  See Docket Nos. 7, 9 and 10.

PRINTED ON RECYCLED PAPER

The parties' current request to extend the deadline for joinder of additional parties and deadline for Defendants' depositions will not alter any other dates or deadlines set by Court order.

Dated: April 30, 2012                JORDAN LAW GROUP
                                     PATRICK W. JORDAN
                                     NOAH J. WOODS


                                     By:   /s/ Noah J. Woods
                                           NOAH J. WOODS
                                     Attorneys for CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC.


Dated: April 30, 2012                TRUCKER ♦ HUSS P.C.
                                     ROBERT F. SCHWARTZ
                                     MICHELLE L. SCHULLER


                                     By:   /s/ Robert F. Schwartz
                                           ROBERT F. SCHWARTZ
                                     Attorneys for MONTEREY PENINSULA RESTAURANT & HOTEL PENSION PLAN; ELIZABETH DUNBAR and LEONARD O'NEILL

### O R D E R

Pursuant to the accompanying Joint Motion for Administrative Relief   Extension of Deadline for Joinder of Additional Parties and Deadline for Defendants' Deposition and stipulation, the deadline for joinder of any additional parties, or other amendments to the pleadings, is extended from May 4, 2012 to June 4, 2012, and the deadline for each Defendant to appear for one Rule 30(b)(6) deposition and for Wayne Levenfeld to appear for a deposition on or before May 24, 2012.

IT IS SO ORDERED.


Dated:  May 2, 2012          By: _____
                                 United States District Court Judge

PRINTED ON RECYCLED PAPER

STIPULATION AND [PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF - EXTENSION OF DEADLINE FOR JOINDER OF ADDITIONAL PARTIES–
CASE NO. CV 11-5611 EJD

2