Robert F. Schwartz, SBN 227327
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
Email: rschwartz@truckerhuss.com
mschuller@truckerhuss.com

Attorneys for Plaintiffs
MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, TRUSTEES OF THE MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, Trustees of the Monterey Peninsula Restaurant & Hotel Pension Fund,<br><br>Plaintiffs,<br><br>vs.<br><br>CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC.,<br><br>Defendants. | Case No. 5:11-CV-05611-EJD<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED REQUEST TO VACATE ALL DEADLINES AND PROPOSED ORDER** |

The parties to this action attended an Early Neutral Evaluation session on May 3, 2012, and have reached a resolution in principle of all claims. They are in the process of executing a written stipulated judgment and dismissal embodying the terms of their agreement, and anticipate that they will be able to file this stipulation within the next 30 days. The parties therefore request that the Court vacate all current deadlines, with the exception of the Case Management Conference currently scheduled for June 29, 2012.

| | |
|---|---|
| DATED: May 24, 2012 | TRUCKER ✦ HUSS |
| | By:/s/Michelle L. Schuller |
| | Michelle L. Schuller |
| | Attorneys for Plaintiffs |
| | Monterey Peninsula Restaurant & Hotel Pension Fund; Elizabeth Dunbar and Leonard O'Neill |
| DATED: May 24, 2012 | JORDAN LAW GROUP |
| | By:/s/Noah J. Woods |
| | Noah J. Woods |
| | Attorneys for Defendants |
| | Carmel Mission Inn and |
| | Pacific Valley Investors, Inc. |

I attest that my firm has obtained Mr. Woods' concurrence in the filing of this document.

| | |
|---|---|
| DATED: May 24, 2012 | TRUCKER ✦ HUSS |
| | By:/s/Michelle L. Schuller |
| | Michelle L. Schuller |
| | Attorneys for Plaintiffs |
| | Monterey Peninsula Restaurant & Hotel Pension Fund; Elizabeth Dunbar and Leonard O'Neill |

IT IS SO ORDERED.  On or before June 22, 2012, the parties shall file a joint case managemnet Conference statement or Stipulated Dismissal of the Case.

DATED:    May 24, 2012

_____
Honorable Edward J. Davila
United States District Judge