1 | Robert F. Schwartz, SBN 227327
Michelle L. Schuller, No. 255787
2 | TRUCKER ✦ HUSS
A Professional Corporation
3 | One Embarcadero Center, 12th Floor
San Francisco, CA  94111
4 | Telephone:	(415) 788-3111
Facsimile:	(415) 421-2017
5 | Email:	rschwartz@truckerhuss.com
	mschuller@truckerhuss.com

7 | Attorneys for Plaintiffs
MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH
8 | DUNBAR and LEONARD O'NEILL, TRUSTEES OF THE MONTEREY PENINSULA
RESTAURANT & HOTEL PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, Trustees of the Monterey Peninsula Restaurant & Hotel Pension Fund,<br><br>Plaintiffs,<br><br>vs.<br><br>CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC.,<br><br>Defendants. | Case No. 5:11-CV-05611-EJD<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATED REQUEST TO VACATE ALL DEADLINES AND PROPOSED ORDER** |
|---|---|

The parties to this action attended an Early Neutral Evaluation session on May 3, 2012, and have reached a resolution in principle of all claims.  They are in the process of executing a written stipulated judgment and dismissal embodying the terms of their agreement, and anticipate that they will be able to file this stipulation within the next 30 days.  The parties therefore request that the Court vacate all current deadlines, with the exception of the Case Management Conference currently scheduled for June 29, 2012.

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE ALL DEADLINES;
Case No. 5:11-CV-05611-EJD
#1235192

1

DATED:  May 24, 2012             TRUCKER ✦ HUSS

By: /s/Michelle L. Schuller
   Michelle L. Schuller
   Attorneys for Plaintiffs
   Monterey Peninsula Restaurant & Hotel Pension
   Fund; Elizabeth Dunbar and Leonard O'Neill

DATED:  May 24, 2012             JORDAN LAW GROUP

By: /s/Noah J. Woods
   Noah J. Woods
   Attorneys for Defendants
   Carmel Mission Inn and
   Pacific Valley Investors, Inc.

I attest that my firm has obtained Mr. Woods' concurrence in the filing of this document.

DATED:  May 24, 2012             TRUCKER ✦ HUSS

By: /s/Michelle L. Schuller
   Michelle L. Schuller
   Attorneys for Plaintiffs
   Monterey Peninsula Restaurant & Hotel Pension
   Fund; Elizabeth Dunbar and Leonard O'Neill

IT IS SO ORDERED.  On or before June 22, 2012, the parties shall file a joint case managemnet Conference statement or Stipulated Dismissal of the Case.

DATED:  May 24, 2012

_____
Honorable Edward J. Davila
United States District Judge

NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE ALL DEADLINES; Case No. 5:11-CV-05611-EJD
#1235192

2