IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MONTEREY PENINSULA RESTAURANT AND HOTEL PENSION FUND, et. al.,

   Plaintiff(s),

 v.

CARMEL MISSION INN, et. al.,

   Defendant(s).

            /

CASE NO. 5:11-cv-05611 EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

  Having reviewed the parties' Joint Case Management Conference Statement (see Docket Item No. 34), the court finds a that a Case Management Conference is unnecessary at this time. Accordingly, the parties' request to continue the Case Management Conference is GRANTED. The conference currently scheduled for June 29, 2012, is CONTINUED to **July 27, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before July 20, 2012, which provides, inter alia, an update as to the progress of settlement.

**IT IS SO ORDERED.**

Dated: June 25, 2012

                   EDWARD J. DAVILA
                   United States District Judge