Robert F. Schwartz, SBN 227327
Michelle L. Schuller, No. 255787
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
Email:             rschwartz@truckerhuss.com
                       mschuller@truckerhuss.com

Attorneys for Plaintiffs
MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, TRUSTEES OF THE MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND

IT IS SO ORDERED
Judge Edward J. Davila
7/25/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, Trustees of the Monterey Peninsula Restaurant & Hotel Pension Fund,<br><br>Plaintiffs,<br><br>vs.<br><br>CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC.,<br><br>Defendants. | Case No. 5:11-CV-05611-EJD<br><br>**STIPULATION RE FIRST AMENDED COMPLAINT** |

The parties agree and stipulate that, pursuant to Fed.R.Civ.P. 15(a)(2), Plaintiffs Monterey Peninsula Restaurant & Hotel Pension Fund, Elizabeth Dunbar and Leonard O'Neill may, and hereby do, file a First Amended Complaint in the form attached hereto as Exhibit A, to correct the name of defendant Carmel Mission Inn to "Carmel Hotel Ventures, Ltd., d/b/a Carmel Mission Inn" and to remove Pacific Valley Investors, Inc. as a defendant. Defendant Carmel Mission Inn acknowledges that the amended entity name is the correct legal name, and the parties agree that no further service on any entity or further responsive pleadings is required.

IT IS SO STIPULATED.

DATED: July 23, 2012　　　　　　　　TRUCKER ✦ HUSS

By:/s/Michelle L. Schuller
　　Michelle L. Schuller
　　Attorneys for Plaintiffs
　　Monterey Peninsula Restaurant & Hotel Pension
　　Fund; Elizabeth Dunbar and Leonard O'Neill

DATED: July 23, 2012　　　　　　　　JORDAN LAW GROUP

By: /s/Noah J. Woods
　　Noah J. Woods
　　Attorneys for Defendants
　　Carmel Mission Inn and
　　Pacific Valley Investors, Inc.

I attest that my firm has obtained Mr. Woods' concurrence in the filing of this document.

DATED: July 23, 2012　　　　　　　　TRUCKER ✦ HUSS

By: /s/Michelle L. Schuller
　　Michelle L. Schuller
　　Attorneys for Plaintiffs
　　Monterey Peninsula Restaurant & Hotel Pension
　　Fund; Elizabeth Dunbar and Leonard O'Neill