1 | Robert F. Schwartz, SBN 227327
  | Michelle L. Schuller, No. 255787
2 | TRUCKER ✦ HUSS
  | A Professional Corporation
3 | One Embarcadero Center, 12th Floor
  | San Francisco, CA 94111
4 | Telephone:   (415) 788-3111
  | Facsimile:   (415) 421-2017
5 | Email:       rschwartz@truckerhuss.com
  |              mschuller@truckerhuss.com

*IT IS SO ORDERED*
*Judge Edward J. Davila*
7/25/2012

7 Attorneys for Plaintiffs
MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, TRUSTEES OF THE MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONTEREY PENINSULA RESTAURANT & HOTEL PENSION FUND; ELIZABETH DUNBAR and LEONARD O'NEILL, Trustees of the Monterey Peninsula Restaurant & Hotel Pension Fund, | Case No. 5:11-CV-05611-EJD |
|---|---|
| Plaintiffs, | **STIPULATION RE FIRST AMENDED COMPLAINT** |
| vs. | |
| CARMEL MISSION INN and PACIFIC VALLEY INVESTORS, INC., | |
| Defendants. | |

The parties agree and stipulate that, pursuant to Fed.R.Civ.P. 15(a)(2), Plaintiffs Monterey Peninsula Restaurant & Hotel Pension Fund, Elizabeth Dunbar and Leonard O'Neill may, and hereby do, file a First Amended Complaint in the form attached hereto as Exhibit A, to correct the name of defendant Carmel Mission Inn to "Carmel Hotel Ventures, Ltd., d/b/a Carmel Mission Inn" and to remove Pacific Valley Investors, Inc. as a defendant. Defendant Carmel Mission Inn acknowledges that the amended entity name is the correct legal name, and the parties agree that no further service on any entity or further responsive pleadings is required.

1  IT IS SO STIPULATED.

2  DATED: July 23, 2012                TRUCKER ✦ HUSS

3

4                                       By:/s/Michelle L. Schuller
                                           Michelle L. Schuller
5                                          Attorneys for Plaintiffs
                                           Monterey Peninsula Restaurant & Hotel Pension
6                                          Fund; Elizabeth Dunbar and Leonard O'Neill

7

8
   DATED: July 23, 2012                JORDAN LAW GROUP
9

10

11                                      By: /s/Noah J. Woods
                                            Noah J. Woods
12                                          Attorneys for Defendants
                                            Carmel Mission Inn and
13                                          Pacific Valley Investors, Inc.

14
        I attest that my firm has obtained Mr. Woods' concurrence in the filing of this document.
15
   DATED: July 23, 2012                TRUCKER ✦ HUSS
16

17

18                                      By: /s/Michelle L. Schuller
                                            Michelle L. Schuller
19                                          Attorneys for Plaintiffs
                                            Monterey Peninsula Restaurant & Hotel Pension
20                                          Fund; Elizabeth Dunbar and Leonard O'Neill

21

22

23

24

25

26

27

28

STIPULATION RE FIRST AMENDED COMPLAINT; Case No. 5:11-CV-05611-EJD           2

#125975

*Trucker ✦ Huss, A Professional Corporation, One Embarcadero Center, 12th Floor, San Francisco, California 94111*