IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY PENINSULA RESTAURANT AND HOTEL PENSION FUND, et. al., <br><br> Plaintiff(s), <br> v. <br><br> CARMEL MISSION INN, et. al., <br><br> Defendant(s). | CASE NO. 5:11-cv-05611 EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (see Docket Item No. 36), the court finds a that a Case Management Conference is unnecessary at this time. Accordingly, the parties' request to continue the Case Management Conference is GRANTED. The conference currently scheduled for July 27, 2012, is CONTINUED to **August 31, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before August 24, 2012, which provides, inter alia, an update as to the progress of settlement.

The court advises the parties that this is the final continuance of the Case Management Conference. The parties should be prepared to proceed on August 31, 2012, if a settlement is not finalized prior to that date.

**IT IS SO ORDERED.**

Dated: July 25, 2012

EDWARD J. DAVILA
United States District Judge